

**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **JOSE LUIS MUNOZ SANTOS**, | No. 12-56506 |
| Petitioner - Appellant, | D.C. No. 2:11-cv-06330-MMM |
| v. | |
| **LINDA R. THOMAS, Warden**, | **ORDER** |
| Respondent - Appellee. | |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.